# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
JUL 1 1 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America<br>vs.<br>Dennis Scott Porter | Case No. 12CR0380 - 001 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Dennis Scott Porter_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Removing the condition that pertains to location monitoring and curfew.

All other previously ordered conditions of release not in conflict with this change remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  6/28/2013              _____  7-10-13
Signature of Defendant   Date                    Pretrial Services Officer   Date
Dennis Scott Porter                              Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                          7/10/13
Signature of Assistant United States Attorney    Date
Kathleen Servatius

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                          7/11/13
Signature of Defense Counsel                     Date
Marc Days

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on      7/11/13

[ ] The above modification of conditions of release is *not* ordered.

_____                          7/11/13
Signature of Judicial Officer                    Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services